BEFORE THE FIRST DIVISION, JANUARY 11, 1951

**No. 55092.**—William V. Schmidt Co., Inc. *v.* United States, protest 165713–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55093.**—Chung Sang Co. et al. *v.* United States, protests 599976–G, etc. (Los Angeles).

Opinion by COLE, J. The protests were dismissed.

**No. 55094.**—Chase, Leavitt & Co. and Nozaki Bros., Inc. *v.* United States, protests 984813–G and 10285–K (Portland, Maine).

Opinion by COLE, J. The protests were dismissed.

**No. 55095.**—Biological Raw Products Co. et al. *v.* United States, protests 145320 K etc. (New York).

Opinion by COLE, J. The protests were dismissed.